Cook *et al. v.* Henderson.

## No. 15,230.

### DAUGHERTY ET AL. *v.* WHEELER.

From the Fulton Circuit Court.

*E. Myers, G. W. Holman, R. C. Stephenson* and *M. R. Smith,* for appellants. *S. Keith,* for appellee. ·

McBRIDE, J.—This was a suit to recover the possession of land, to which the purchaser claimed title under a sheriff's sale. The sale was made under a judgment of the Fulton Circuit Court, which was rendered waiving relief from valuation and appraisement laws, and the judgment creditor was the purchaser.

On appeal to this court it was held that to the extent that the judgment was made collectible without valuation and appraisement laws, it was erroneous, and it was modified accordingly. *Daugherty v. Wheeler,* 125 Ind. 421.

The sale was made under the original judgment, without relief, and was to that extent unauthorized.

Judgment reversed.

Filed Feb. 17, 1892.

## No. 15,515.

### WOLF *v.* WOLF.

From the Vigo Circuit Court.

*W. Eggleston* and *T. Haymond,* for appellant.

ELLIOTT, C. J.—The question in this case is the same as that decided in *Haynes* v. *Nowlin,* 129 Ind. 581. We there decided, as we here decide, that a wife may maintain an action against one who wrongfully deprives her of the society, support and affections of her husband. To the authorities cited in our former opinion we add *Warren* v. *Warren* (Mich.), 50 N. W. R 842, and *Waldron* v. *Waldron,* 45 Fed. R. 315.

Judgment reversed.

Filed Feb. 19, 1892.

## No. 16,345.

### COOK ET AL. *v.* HENDERSON.

From the Howard Circuit Court.

*M. Bell* and *W. C. Purdum,* for appellants.

*J. C. Blacklidge, C. C. Shirley* and *B. C. Moon,* for appellee.

OLDS, J.—The facts in this case are the same, and the same legal question is presented, as is presented in the case of *Cook* v. *Claybaugh, ante,* p. 133, and on the authority of the decision in that case the judgment in this case is affirmed.

Filed Jan. 6, 1892.